# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DE'AUNDREY B. CLAYTON

NO. 2026 KW 0159

**MAY 4, 2026**

---

In Re:   De'Aundrey B. Clayton, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 24-CR7-153927.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

                    SMM
                    BDE
                    WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT